No. 3. Borrás et al. *v.* The District Court of Humacao.— Motion to set aside an order for the issue of a writ of *certiorari,* or otherwise, that a receiver appointed by the lower court to administer certain property in litigation be installed in office. Decided April 18, 1905. The motion was denied.

*Mr. José Guzmán Benítez,* for petitioner; *Messrs López Landrón, Hartzell and Rodríguez Serra,* for opponents.